■ BARBARA PURPURA, Respondent, v NICHOLAS E. PURPURA, Appellant. [639 NYS2d 958]

Notwithstanding his contention to the contrary, the defendant consented to have the matter determined by a Judicial Hearing Officer (*see,* CPLR 2104, 4317 [a]).

There is no merit to the parties' remaining contentions. O'Brien, J. P., Copertino, Pizzuto and Joy, JJ., concur.